IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EDWARD RIVERS,

     Plaintiff,

v.                                 CASE NO. 4:12-cv-508-GRJ

TENA PATE, et al.,

     Defendants.

_____/

## O R D E R

This cause is before the Court on Plaintiff's motion for subpoena. (Doc. 11.) Plaintiff wishes to subpoena records of similarly situated inmates from the Florida Parole Commission. The Court construes this request as a motion for discovery. Until such time as the Court issues a scheduling order, any motion for discovery is premature. A scheduling order is typically entered _after_ an answer is filed. Defendants have not yet filed an answer in this case and the deadline to do so has not passed.

Accordingly, it is **ORDERED AND ADJUDGED**:

Plaintiff's motion for subpoena (Doc. 11), construed as a motion for discovery, is **DENIED** as premature.

**DONE AND ORDERED** this 31st day of January 2013.

_s/Gary R. Jones_

GARY R. JONES
United States Magistrate Judge